DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

8 DECEMBER 2016

| 124A16 | Jillian Murray v. University of North Carolina at Chapel Hill | 1. Def's Motion for Judicial Notice (COA15-375)<br><br>2. State's Motion for Withdrawal of Counsel | 1.<br><br><br>2. Allowed **12/08/2016** |
|---|---|---|---|
| 131P16-3 | Somchoi Noorsob v. Supreme Court of North Carolina | Petitioner's *Pro Se* Motion for Notice to Appeal and Request for Certificate of Appealability | Dismissed **10/17/2016** |
| 133P16-2 | State v. William Gerald Price | Def's *Pro Se* Motion for Request to Clarify (COAP15-1073) | Dismissed |
| 138P16 | Brad R. Johnson v. James R. Prevatte, Jr., Prevatte & Prevatte, PLLC | 1. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-667)<br><br>2. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 1. Denied<br><br><br>2. Denied |
| 151P14-4 | Kimberly Shreve v. North Carolina Department of Justice, Kristen Fetter, Colon Willoughby, and Tina Hoagland Byrd | 1. Plt's *Pro Se* Motion for Opposition to Motion to Dismiss<br><br>2. Plt's *Pro Se* Motion for Leave to File Amended Complaint<br><br>3. Plt's *Pro Se* Motion for Opposition to Gatekeeper Order | 1. Dismissed<br><br>2. Dismissed<br><br>3. Dismissed |
| 175P16 | N.C. Department of Health and Human Services, Division of Medical Assistance v. Parker Home Care, LLC<br><br>Division of Medical Assistance, N.C. Department of Health and Human Services v. Parker Home Care, LLC | 1. State's Motion for Temporary Stay (COA15-1026; COA15-1033)<br><br>.<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Cardinal Innovations Healthcare Solutions, et al. Motion for Leave to File *Amicus* Brief | 1. Allowed **05/11/2016** Dissolved **12/08/2016**<br><br>2. Denied<br><br>3. Denied<br><br>4. Dismissed as moot |
| 187PA16 | Kornegay Family Farms, LLC, et al. v. Cross Creek Seed, Inc. | Def's Motion for Leave to File Record on Appeal | Allowed **11/08/2016** |
| 193P16 | State v. Calvin Renard Carter | 1. State's Motion for Temporary Stay (COA15-1234)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's Motion to Deem as Timely Filed the Response to PDR | 1. Allowed **05/24/2016**<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Denied |